UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                        :

KEVIN CORTINA, *individually and on behalf of all*   :
*others similarly situated*,
                        :

                        :
                   Plaintiff,  :

                        :
       -v-                    :

                        :
ANAVEX LIFE SCIENCES CORP.,  :

                        :
              Defendants.  :
                        :
------------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __01/14/2016__

15-CV-10162 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

On December 30, 2015, Plaintiff filed a class action lawsuit on behalf of purchasers of

Anavex Life Sciences Corp. securities between May 17, 2013, and December 28, 2015.  The

complaint alleges violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934

("1934 Act") and Rule 10b-5, promulgated thereunder.

As explained in the Court's January 7, 2016 Order, Section 78u-4(a)(3)(A) of the Private

Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A), requires that within

twenty days of the filing of the complaint, Plaintiff shall "cause to be published, in a widely

circulated national business-oriented publication or wire service, a notice advising members of

the purported plaintiff class . . . of the pendency of the action, the claims asserted therein, and the

purported class period."  15 U.S.C. § 78u-4(a)(3)(A)(i).  The PSLRA also provides that "not later

than 60 days after the date on which the notice is published, any member of the purported class

may move the court to serve as lead plaintiff of the purported class."  *Id.*  In addition, the Act

requires that not later than 90 days after the date on which notice is published, the Court shall

consider any motion made by a purported class member in response to the notice, and shall appoint as lead plaintiff the member or members of the purported plaintiff class that the Court determines to be most capable of adequately representing the interests of class members. *See id.* § 78u-4(a)(3)(B)(i). In the event that more than one action on behalf of a class asserting substantially the same claim or claims has been filed, and any party has sought to consolidate those actions for pretrial purposes or for trial, the Court shall not appoint a lead plaintiff until after a decision on the motion to consolidate is rendered. *See id.* § 78u-4(a)(3)(B)(ii).

Plaintiff's counsel notified the Court in the attached letter that the required notice was published on **December 30, 2015**. Members of the purported class therefore have until **February 29, 2016**, to move the Court to serve as lead plaintiffs. Accordingly, it is hereby ORDERED that a conference shall be held on **March 10, 2016,** at **4:00 p.m.** in **Courtroom 1105** of the Thurgood Marshall Courthouse, 40 Centre Street, New York, New York to consider any motions for appointment of lead plaintiff and lead counsel and for consolidation.

It is further ORDERED that opposition to any motion for appointment of lead plaintiff shall be served and filed by **March 7, 2016**.

It is further ORDERED that the named plaintiffs shall promptly serve a copy of this Order on each of the defendants.

SO ORDERED.

Dated: January 14, 2016
     New York, New York

_____
JESSE M. FURMAN
United States District Judge

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| KEVIN CORTINA, Individually and on Behalf of All Others Similarly Situated, | : : : : | |
| Plaintiff, | : : | **No. 15-cv-10162-JMF** |
| v. | : : : : | |
| ANAVEX LIFE SCIENCES CORP., CHRISTOPHER U. MISSLING, SANDRA BOENISCH, and ATHANASIOS SKARPELOS, | : : : : : : | |
| Defendants. | : : : | |

## RESPONSE TO ORDER

PLEASE TAKE NOTICE that Plaintiff Kevin Cortina ("Plaintiff") hereby responds to this Court's Order, dated January 7, 2016 (ECF No. 11).

On December 30, 2015, at 9:55 pm EDT, following the filing of the above-captioned action, Plaintiff's counsel, Pomerantz LLP, caused to be published on *GlobeNewswire* a press release announcing the pendency of the above-captioned action, the claims asserted therein, and the purported class period (the "PSLRA Notice"), pursuant to the requirements of Section 78-u4(a)(3)(A) of the Private Securities Litigation Reform Act ("PSLRA"), 15 U.S.C. § 78u-4(a)(3)(A).  A true and correct copy of the PSLRA Notice is attached hereto as Exhibit A.

Dated:   January 13, 2016

Respectfully submitted,

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*

Jeremy A. Lieberman
J. Alexander Hood II
Marc C. Gorrie
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:   (212) 661-8665
Email:  jalieberman@pomlaw.com
      ahood@pomlaw.com
      mgorrie@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone:  (312) 377-1181
Facsimile:   (312) 377-1184
Email:  pdahlstrom@pomlaw.com

**GOLDBERG LAW PC**
Michael Goldberg
Brian Schall
13650 Marina Pointe Dr. Ste. 1404
Marina Del Rey, CA 90292
Telephone: 800-977-7401
Fax: 800-536-0065
Email:  michael@goldberglawpc
Email:  brian@goldberglawpc

*Attorneys for Plaintiff*