UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF NEW YORK

| KEVIN CORTINA, Individually and On Behalf of All Others Similarly Situated, | ) Case No. 15-cv-10162 |
| --- | --- |
| | ) Hon. Jesse M. Furman |
| Plaintiff, | ) |
| | ) **MOTION FOR ADMISSION** |
| v. | ) **PRO HAC VICE** |
| | ) |
| ANAVEX LIFE SCIENCES CORP., CHRISTOPHER U. MISSLING, SANDRA BOENISCH, and ATHANASIOS SKARPELOS, | ) |
| | ) |
| Defendants. | ) |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, David H. Kistenbroker, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Anavex Life Sciences Corp., Christopher U. Missling, Sandra Boenisch, and Athanasios Skarpelos in the above captioned action.

I am in good standing of the bars of the states of Illinois and New York and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: February 23, 2016

Respectfully Submitted,
By: /s/ David H. Kistenbroker
David H. Kistenbroker
DECHERT LLP
35 W. Wacker Drive, Suite 3400
Chicago, Illinois 60601
Telephone: 312-646-5800
Facsimile: 312-646-5858
david.kistenbroker@dechert.com
*Counsel for Defendants.*