**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEVIN CORTINA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ANAVEX LIFE SCIENCES CORP., CHRISTOPHER U. MISSLING, SANDRA BOENISCH, and ATHANASIOS SKARPELOS, <br><br> Defendants. | Case No. 15-cv-10162 <br><br> Hon. Jesse M. Furman <br><br> **MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Melanie C. MacKay, hereby moves this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Anavex Life Sciences Corp., Christopher U. Missling, Sandra Boenisch, and Athanasios Skarpelos in the above captioned action.

I am in good standing of the bar of the state of Illinois and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: February 29, 2016

Respectfully Submitted,
By: /s/ Melanie C. MacKay
Melanie C. MacKay
DECHERT LLP
35 W. Wacker Drive, Suite 3400
Chicago, Illinois 60601
Telephone: 312-646-5800
Facsimile: 312-646-5858
melanie.mackay@dechert.com
*Counsel for Defendants.*