UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN CORTINA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ANAVEX LIFE SCIENCES CORP., CHRISTOPHER U. MISSLING, SANDRA BOENISCH, and ATHANASIOS SKARPELOS,<br><br>Defendants. | Case No. 1:15-cv-10162-JMF |

**NOTICE OF MOTION OF LAM TRUONG FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Movant Lam Truong ("Movant"), by and through his counsel, will and hereby does move this Court, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. §78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), for an Order (attached hereto): (i) appointing the Movant as Lead Plaintiff; (ii) approving Movant's selection of the law firm Levi & Korsinsky LLP to serve as Lead Counsel; and (iii) granting such other and further relief as the Court may deem just and proper. In support of this Motion, Movant submits herewith a Memorandum of Law and the Declaration of Adam M. Apton dated February 29, 2016.

Dated: February 29, 2016			Respectfully submitted,

											LEVI & KORSINSKY LLP

											/s/ Adam M. Apton
											Nicholas I. Porritt
											Adam M. Apton
											30 Broad Street, 24th Floor
											New York, NY 10004
											Tel: (212) 363-7500
											Fax: (212) 363-7171
											Email: nporritt@zlk.com
											Email: aapton@zlk.com

											*Counsel for the Proposed Lead Plaintiff*
											*Lam Truong and Proposed Counsel for the Class*