# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| KEVIN CORTINA, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:15-cv-10162 |
| ANAVEX LIFE SCIENCES CORP., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

ANAVEX LIFE SCIENCES CORP., CHRISTOPHER U. MISSLING, SANDRA BOENISCH, AND ATHANASIOS SKARPELOS

Date: 03/08/2016

/s/Carl E. Volz
*Attorney's signature*

Carl E. Volz, CV0745
*Printed name and bar number*

Dechert LLP
35 W. Wacker Drive, Suite 3400
Chicago, IL 60601
*Address*

carl.volz@dechert.com
*E-mail address*

(312) 646-5812
*Telephone number*

(312) 646-5858
*FAX number*