UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Kevin Cortina, et al.       Plaintiff,     Case No. 1:15-cv-10162

-against-

Anavex Life Sciences Corp., et al.   Defendant.
--------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Carl E. Volz**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: CV0745          My State Bar Number is _____

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Katten Muchin Rosenman LLP
              FIRM ADDRESS: 525 W. Monroe Street, Chicago, IL 60601
              FIRM TELEPHONE NUMBER: 312-902-5362
              FIRM FAX NUMBER: 312-577-4729

NEW FIRM:     FIRM NAME: Dechert LLP
              FIRM ADDRESS: 35 W. Wacker Drive, Suite 3400, Chicago, IL 60601
              FIRM TELEPHONE NUMBER: 312-646-5800
              FIRM FAX NUMBER: 312-646-5858

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: March 8, 2016                    /s/ Carl E. Volz
                                        ATTORNEY'S SIGNATURE