# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| KEVIN CORTINA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:15-cv-10162-JMF |
| ANAVEX LIFE SCIENCES CORP., et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Lam Truong .

Date: 03/08/2016

/s/ Nicholas I. Porritt
*Attorney's signature*

Nicholas I. Porritt (NP-5291)
*Printed name and bar number*

Levi & Korsinsky LLP
1101 30th Street NW, Suite 115
Washington, D.C. 20007
*Address*

nporritt@zlk.com
*E-mail address*

(202) 524-4290
*Telephone number*

(202) 333-2121
*FAX number*