SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
Chrysler Building
405 Lexington Avenue
New York, NY 10174
Tel: (212) 223-6444
Fax: (212) 223-6334

LEVI & KORSINSKY LLP
1101 30 Street NW, Ste. 115
Washington, D.C. 20007
Tel: (202) 524-4290
Fax: (202) 333-2121

March 30, 2016

VIA ECF

Hon. Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:   *Cortina v. Anavex Life Sciences Corp.*, Case No. 1:15-cv-10162-JMF

Dear Judge Furman:

  The movants for lead plaintiff in the above-referenced class action securities fraud lawsuit (collectively, the "Lead Plaintiff Movants") jointly submit this letter pursuant to the Court's directive at the March 10, 2016 hearing ordering the parties to submit the final 90-day look-back numbers at the close of the look-back period.[1]

  The 90-day look-back period ended either on March 28, 2016 or March 29, 2016, depending on whether the Court uses December 29, 2015 or December 30, 2015 as the starting date for the 90-day look-back period. The final look-back numbers are as follows:

| 90-Day Look-Back if the Court starts the Look-Back on December 29, 2015 | 90-Day Look-Back if the Court starts the Look-Back on December 30, 2015 |
|---|---|
| 4.443 | 4.419[2] |

---

[1] This Court stated at the March 10, 2016 hearing that: "What I also want you to do is within, let's say, I don't see any reason why you can't do it within a day of the end of the look-back period, so we'll run it from December 30 for these purposes. Within one day of the end of the 90-day look-back period, if it were to begin on December 30, I want you to submit a joint letter telling me what the relevant calculations would be for both 90 days if it started on December 29 and 90 days if it started on December 30. That is a question of simple math. I would think that you guys could come to agreement on that." Transcript of Proceedings re: Conference held on March 10, 2016 at 33:9-18.

[2] Counsel for Lam Truong believes that the 90-Day look-back value for the period beginning on December 30, 2015 is 4.413. The difference between the two figures is attributable to whether the closing price for March 29, 2016 is included in the 90-day period. Counsel for Lam Truong believes that the 90-day period for the period beginning on December 30, 2015 ended on March 28, 2016.

March 30, 2016
Page 2

      The Lead Plaintiff Movants have attached to this letter a spreadsheet showing how they calculated the final 90-day look-back numbers.

                                        Respectfully,

SCOTT + SCOTT, ATTORNEYS AT LAW, LLP      LEVI & KORSINSKY LLP

_____                      _____
Thomas Laughlin                                               Adam Apton

*Counsel for Phillip Din*                                    *Counsel for Lam Truong*

TLL/rm