| | |
|---|---|
| Dechert LLP | Levi & Korsinsky LLP |
| 35 West Wacker Drive | 1101 30 Street NW |
| Suite 3400 | Suite 115 |
| Chicago, IL  60601 | Washington, D.C.  20007 |
| Tel: (312) 646-5800 | Tel: (202) 524-4290 |
| Faxt: (312) 646-5858 | Fax: (202) 333-2121 |

April 11, 2016

**VIA ECF**

Hon. Jesse M. Furman
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *Cortina v. Anavex Life Sciences Corp.*, Case No. 1:15-cv-10162-JMF

Judge Furman:

Pursuant to this Court's Order on April 5, 2016, Lead Plaintiff and Defendants in the above captioned matter submit this joint letter setting forth a proposed schedule for amending the Complaint and briefing a motion to dismiss.

Lead Plaintiff and Defendants propose the following schedule:

- Lead Plaintiff shall file his amended complaint within 45 days after the Court enters a scheduling order;
- Defendants shall file their motion to dismiss or other responsive pleading within 30 days of the date on which the amended complaint is filed;
- Lead Plaintiff shall file his opposition, if any, to Defendants' motion to dismiss within 30 days of the date on which Defendants' motion to dismiss is filed;
- Defendant shall file a reply in further support of their motion to dismiss within 30 days of the date on which Lead Plaintiffs opposition to Defendants' motion to dismiss is filed.

Respectfully,

| | |
|---|---|
| DECHERT LLP | LEVI & KORSINSKY LLP |
| /s/ Carl E. Volz | /s/ Adam Apton |
| Carl E. Volz | Adam Apton |
| *Counsel for Anavex Life Sciences Corp., Christopher Missling, Sandra Boenisch, and Athanasios Skarpelos* | *Counsel for Lam Truong* |