UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN CORTINA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ANAVEX LIFE SCIENCES CORP., CHRISTOPHER U. MISSLING, SANDRA BOENISCH, and ATHANASIOS SKARPELOS,<br><br>Defendants. | ) Case No. 15-cv-10162<br>)<br>) Hon. Jesse M. Furman<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF DEFENDANTS' MOTION TO DISMISS
<u>PLAINTIFFS' AMENDED COMPLAINT</u>**

PLEASE TAKE NOTICE that, with the accompanying Memorandum of Law, the Declaration of Carl E. Volz, and the exhibits attached thereto, Defendants Christopher U. Missling, Sandra Boenisch, and Athanasios Skarpelos, and Anavex Life Sciences Corp. ("Defendants"), through their undersigned counsel, will move this Court before the Honorable Jesse M. Furman, United States District Judge, in Courtroom 1105 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, on a date and time as the Court directs, for an Order pursuant to Rules 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and Section 78u-4(b) of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 78u-4, dismissing Plaintiffs' Amended Complaint with prejudice and for such other relief that the Court deems just and proper.

PLEASE TAKE NOTICE that, pursuant to this Court's Order (Dkt 58), opposition papers shall be served and filed on or before July 13, 2016, and reply papers shall be served and filed on or before July 27, 2016.

Dated: June 13, 2016                    DECHERT LLP

/s/ David H. Kistenbroker
David H. Kistenbroker
Carl E. Volz
Melanie C. MacKay
35 West Wacker Drive
Suite 3400
Chicago, IL 60601
Telephone:  (312) 646-5800
Facsimile:  (312) 646-5858

*Counsel for Defendants*