UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN CORTINA, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> ANAVEX LIFE SCIENCES CORP., CHRISTOPHER U. MISSLING, SANDRA BOENISCH, and ATHANASIOS SKARPELOS, <br><br> Defendants. | ) Case No. 15-cv-10162 <br> ) <br> ) Hon. Jesse M. Furman <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF DAVID H. KISTENBROKER IN SUPPORT OF MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS

DAVID H. KISTENBROKER, under penalty of perjury, declares as follows:

1. I am an attorney licensed to practice law in the State of Illinois; I am admitted *pro hac vice* to the Bar of this Court.

2. I am a partner in the law firm of Dechert LLP, and counsel for Defendants.

3. I submit this declaration in support of the Defendants' Motion to Dismiss, and to transmit to the Court true and correct copies of the following documents.

| Exhibit 1 | "Anavex Life Sciences: Biotech Pump Goes On And On And…" by Sonya Colberg, October 6, 2014, and "Anavex Life Sciences: Biotech Pump Goes On …II" by Sonya Colberg, October 14, 2014 |
|---|---|
| Exhibit 2 | Anavex Life Sciences Corp., 2015 Annual Report (Form 10-K), filed December 29, 2015 |
| Exhibit 3 | Anavex Life Sciences Corp., Proxy Statement (Form DEF 14A), filed April 1, 2016 |
| Exhibit 4 | Anavex Life Sciences Corp., Quarterly Report (Form 10-Q), filed May 11, 2016 |
| Exhibit 5 | Anavex Life Sciences Corp., Halt Trade Order, 2013 BCSECCOM 198, June 5, 2013 |
| Exhibit 6 | Anavex Life Sciences Corp., Press Release dated June 12, 2013 |
| Exhibit 7 | Anavex Life Sciences Corp., Revocation Order, 2013 BCSECCOM 228, June 20, 2013 |

| Exhibit 8 | Anavex Life Sciences Corp., Current Report (Form 8-K), filed July 8, 2013 |
|---|---|
| Exhibit 9 | Compilation of Anavex Life Sciences, Corp., Statement of Changes in Beneficial Ownership of Securities (Form 4s), various filing dates |
| Exhibit 10 | Anavex Life Sciences Corp., Quarterly Report (Form 10-Q), filed August 14, 2013 |
| Exhibit 11 | Anavex Life Sciences Corp., 2014 Annual Report (Form 10-K), filed December 29, 2014 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 13, 2016                                                /s/ David H. Kistenbroker
                                                                          David H. Kistenbroker