# EXHIBIT 1

thestreetsweeper.org          http://www.thestreetsweeper.org/undersurveillance/Anavex_Life_Sciences__Biotech_Pump_Goes_On_And_On_And____

## Anavex Life Sciences: Biotech Pump Goes On And On And ...

If we didn't know better, we'd think Anavex Life Sciences Corp. (OTC: AVXL) enthusiasts had ripped off a "Saturday Night Live" sketch featuring pump-you-up guys Hans and Franz.

Picking up three patents and one patent application, Anavex conducted a reverse merger in 2007 and switched from a digital-to-photo-print business targeting corner stores into a biotech company targeting Alzheimer's.

Today, the company has no commercial product, hasn't earned a penny since inception and does "not anticipate earning any revenues" until it can convince some other company to come aboard.

The company has lost $61.8 million over about 12 years of operations and is living on the ragged edge of survival.

And don't let the stock price fool you. Though it sports an astonishing $230 million-plus market valuation, this stock is worth a fraction of today's price.

The company has not responded to TheStreetSweeper's request for comment but investors may find other viewpoints here. We're just scratching the surface with this first look at a batch of highly promotional biotech stocks poised to dive.

*"We're Here to Pump (clap) You Up!"

The 25 top biotech giants such as Johnson & Johnson and Novartis and Eli Lilly do not rely on hype to push their stock.

But Anavex has everyone from the CEO to pump sites to message board fans clapping their hands and cheering on Anavex with, "We're here to pump you up!"

The chief executive officer, Christopher Missling, had this to say in a recent interview:

"Anavex has now a team of big pharma and biotech experts, doubled the number of Scientific Advisors which is mostly Medical Doctors, raised a company's record amount of $10M in one funding transaction, advanced after that quickly into Phase 2a, licensed additional promising compounds into the company. Anavex is significantly more advanced than in 2007."

Yet Anavex filings say it operates with just "four (4) full-time employees, and we retain several independent contractors on an as-needed basis." (Don't miss the section below titled "Executive Compensation" to put employee compensation into perspective.)

Other concerning promotional efforts include:

A. The CEO sounds highly promotional - talking about reversing the disease and stopping the disease today (despite having its experimental drug just barely in the human testing stage involving dose toleration of just 32 subjects) - in this one video of four Anavex videos on Wide World of Stocks. WWOS is a site Timothy Sykes connected with Viral Genetics and one that also discloses that its employees sometimes receive investments in companies it features. This series just begs for a dose of the brash objectivity of SNL character Roseanne Roseannadanna.

B. Additional promotion on Stock News Now, here, a rather well-known microchip promotional site.

C. The front page of the company website looks rather promotional instead of professional, here.

Roseanne Roseannadanna



D. The stock has been pumped ahead of possible uplisting, here. However, an uplisting includes the potential for a reverse stock split.

E. Anavex pumpers on message boards get wild, furious and misleading, here.



But those are the sorts of promotions that have fallen on Avanex; the chart below shows stock ownership and indicates the lack of significant institutional interest that encourages such desperate promotional efforts:

(Source: Bloomberg)

**\*No Cure, But Lots Of Hype**

Mr. Missling tells a reporter that Anavex believes they may have found a way to address the disease from a "more causative point of view. And we believe so far this gives us the possibility of maybe curing the disease." He adds that they are going after the largest healthcare market and data appears efficient and promising.

Yet … after years of research by numerous top companies, no one has found an Alzheimer's cure. Eli Lilly, plus Pfizer, Elan and Johnson & Johnson are finally expecting trial results soon and could conceivably get a drug to market as early as next year.

Sadly, even these companies with the most advanced possibilities face significant odds. An analyst recently told Barron's that the Pfizer-Elan-J&J drug bapineuzumab has a less than 50 percent shot at success, while the Lilly drug solanezumab has no better than a 20 percent chance.

It would seem success would be even more elusive for a tiny, underfunded company like Anavex, a New York company that prefers to go to Germany and and Australia to hold drug trials.

**\*Executive Compensation: Sometimes Exceeds Research And Development Costs**

Amid Anavex's cash-consuming habits that would satisfy any self-respecting Conehead in a "Saturday Night Live" sketch ("Consume mass quantities!"), the company has generously rewarded CEO Missling.

| Name and Principal Position | Year | Salary ($) | Bonus ($) | Stock Awards ($) | Option Awards ($) | Other Annual Compensation ($) | Total ($) |
|---|---|---|---|---|---|---|---|
| Christopher Missling, PhD[1] President, Chief Executive Officer, Chief Financial Officer and Director | 2014 | 240,000 | 400,000[2] | Nil | 16,888 | Nil | 656,888 |
| | 2013 | 60,000 | Nil | 1,000,000[3] | 1,002,500 | Nil | 2,062,500 |
| Robert Chisholm[4] President, Chief Financial Officer and Director | 2014 | Nil | Nil | Nil | Nil | Nil | Nil |
| | 2013 | 24,677 | Nil | Nil | Nil | Nil | 24,677 |

(1) Christopher Missling was appointed as director, President, Chief Executive Officer, Chief Financial Officer, Secretary and Treasurer on July 5, 2013.
(2) The bonus was a result of the successful financing in March, 2014.

Add in the other general and administrative expenses and Anavex spends nearly as much in that category as in research and development. That sounds like a stunning misplacement of priorities for a company dependent on research. The chart below demonstrates:

| | Three months ended June 30, 2015 | 2014 | Nine months ended June 30, 2015 | 2014 |
|---|---|---|---|---|
| Operating expenses | | | | |
| General and administrative - Notes 8 and 9 | $ 713,498 | $ 733,818 | $ 1,616,744 | $ 1,941,261 |
| Research and development | 799,462 | 265,015 | 1,525,233 | 388,347 |
| Total operating expenses | (1,512,960) | (998,833) | (3,141,977) | (2,329,608) |

(Source: Company SEC filing)

**\*Dilutive Stock Offering Looms**

Anavex faces additional issues of the current high stock price, cash of just $13 million, and a material weakness, noted in filings this way: "Based on that evaluation, our management, with the participation of our principal executive officer and principal financial officer, concluded that as of the end of the period covered by this Quarterly Report on Form 10-Q, our disclosure controls and procedures were not effective. The ineffectiveness of our disclosure controls and procedures was due to the material weaknesses disclosed in our Annual Report on Form 10-K filed on December 29, 2014."

And Anavex has to pay that cushy executive compensation somehow.

So, it wouldn't be surprising to see Anavex conduct a stock offering very soon, potentially diluting shares held by today's stockholders.

**\*Conclusion**

All in all, Anavex carries enough questionable issues to raise the eyebrows of the most jaded Saturday Night Live fan – or cognizant investor. We think a generous valuation for Anavex would be about 10 cents to 15 cents per share.

\* Important Disclosure: The owners of TheStreetSweeper hold a short position in AVXL and stand to profit on any future declines in the stock price.

\* Editor's Note: As a matter of policy, TheStreetSweeper prohibits members of its editorial team from taking financial positions in the companies that they cover. To contact Sonya Colberg, the author of this story, please send an email to scolberg@thestreetsweeper.org.

Copyright © 2009-2016 AFB Media LLC

thestreetsweeper.org                    http://www.thestreetsweeper.org/undersurveillance/Anavex_Life_Sciences__Biotech_Pump_Goes_On_____II

## Anavex Life Sciences: Biotech Pump Goes On ... II

The Anavex Life Sciences (OTC: AVXLD) chief executive told TheStreetSweeper that he has no idea who was so kind as to pay $200,000 to a penny stock newsletter to hype the company stock.

"Absolutely not by us. That's crazy!" CEO Christopher Missling told TheStreetSweeper in an Oct. 13 telephone interview. "We only do very ethical work. Let me tell you this. We really don't want any association with anything like that. It's absolutely inappropriate."

The Stockpalooza email was reproduced in a Hotstocked newsletter here, and certainly sounds like a paid promotion:

> Tonny
>
> Put **AVXLD** on your radar!
> **AVXLD** have been stabilizing right about $9 dollars with a nice volume to boot!
>
> Anavex™ Life Sciences Corp. is a clinical stage biopharmaceutical company engaged in the development of novel drug candidates to treat Alzheimer's, CNS diseases and various types of cancer, which have significant unmet medical needs.
>
> ANAVEX™ 2-73, the Company's orally available drug candidate developed to treat Alzheimer's through potential disease modification, has undergone an initial Phase 1 human clinical trial and was well tolerated in doses up to 55mg. Results from pre-clinical studies indicate that ANAVEX 2-73 demonstrates anti-amnesic and neuroprotective properties.

Importantly, Stockpalooza removed all doubt about that Anavex tout. The newsletter said in its disclaimer that it expects $200,000 for promoting AVXLD:

"StockPalooza.com.com  expect to be compensated Two Hundred Thousand Dollars Cash via Bank Wire Transfer by a third party for a 1 Day Marketing Program regarding AVXLD. This compensation/expected compensation, expired or not, is a major conflict of interest in our ability to be unbiased. Therefore, this newsletter should be read as a commercial advertisement only. The third party, company, or their affiliates may wish to liquidate shares, which has the potential to hurt share prices."

The complete disclosure is below:

> Stockpalooza.com Team
>
> Never invest in a stock mentioned by StockPalooza.com.com unless you can afford to lose your entire investment.
>
> Release of Liability: Through use of this website viewing or using you agree to hold StockPalooza.com.com, its operators owners and employees harmless and to completely release them from any and all liability due to any and all loss (monetary or otherwise), damage (monetary or otherwise), or injury (monetary or otherwise) that you may suffer. The information contained herein is based on sources which we believe to be reliable but is not guaranteed by us as being accurate and does not purport to be a complete statement or summary of the available data. Please be advised that StockPalooza.com.com is often compensated for issuing press releases, profiles or opinions concerning particular companies, its opinion is therefore biased and you should consider the factor when evaluating StockPalooza.com.com's statements regarding a company. StockPalooza.com.com's officers and directors do not own any shares of the mentioned company(s). When StockPalooza.com.com receives free or restricted trading shares as a compensation for a profiled company, StockPalooza.com .com may sell part or all of such shares during the period in which StockPalooza.com.com is performing such services. StockPalooza.com.com  will disclose how many and what type of shares we have been compensated if we do receive shares or buy shares of a profiled company. StockPalooza.com.com expect to be compensated Two Hundred Thousand Dollars Cash via Bank Wire Transfer by a third party for a 1 Day Marketing Program regarding AVXLD. This compensation/expected compensation, expired or not, is a major conflict of interest in our ability to be unbiased. Therefore, this newsletter should be read as a commercial advertisement only. The third party, company, or their affiliates may wish to liquidate shares, which has the potential to hurt share prices . Our emails may contain forward looking statements, which are not guaranteed to materialize due to a variety of factors. We do not guarantee the t imeliness, accuracy, or completeness of the information on our site or in our newsletters. The information in our email newsletters and on our website is believed to be accurate and correct, but has not been independently verified and is not guaranteed to be correct.  StockPalooza.com.com encourages readers and investors to supplement the information in this report with independent research and other professional advice. All information on featured companies is provided by the companies profiled, or is available from public sources and StockPalooza.com.com  makes no representations, warranties or guarantees as to the accuracy or completeness of the disclosure by the profiled companies. StockPalooza.com.com, nor any of its affiliates are not registered investment. Stockpalooza's emails and alerts are intended for novelty purposes only.

Mr. Missling said he would probably have to take legal action against a company "blaming or accusing us."

TheStreetSweeper reiterated that a third party reportedly bought the promotion and asked if he knew who that might be. Mr. Missling said he had "no idea about it." He insisted that such a promotion doesn't make sense because the company burns only about $400,000 per month.

"We are not by any means highly promotional," said Mr. Missling. "We would never, ever consider paying even $1 for what you mentioned."

TheStreetSweeper will continue investigating that generous promotion and other concerns under development in the ongoing Anavex drama.

Immediately following our Oct. 6 expose, here, the over-the-counter stock company announced a 1-to-4 reverse stock split that provided an automatic shot in the arm needed for an uplist application to the Nasdaq.

"I don't react to anything. I am doing my job," said Mr. Missling.

He said they had been working on uplisting for "many, many months."

Along with the red flags TheStreetSweeper recently described here, we've highlighted additional issues surrounding Anavex:

*Tout, Tout - Anavex suddenly announced – one day before it happened – that the company would present during the Oct. 13 "OktoberINVESTfest" program. This is an extremely small "Invest in Bavaria" conference, here.

And the presentation was allotted just 20 minutes. The overview appears to be the shortest presentation of the day and, as Mr. Missling confirmed, was identical to the Ladenburg presentation in September. No new data. In fact, there's been nothing new to present since the unremarkable presentation in July.

Mr. Missling said investors simply want companies and management to be seen.

"It's not promotional," he said. "We were invited. We didn't pay for it."

So … Another announcement. The same old presentation. In our opinion, just more hype.

*Cruel Hope - When TheStreetSweeper suggested to Mr. Missling that it is cruel to offer false hope for Alzheimer's disease, Mr. Missling said, "We're cautiously optimistic. I don't want to have anyone's hopes up."

Anavex's lead candidate is just in phase IIa testing and he said we'll have to wait to see if the candidate even progresses to phase III.

"Nothing else matters but phase III," said Mr. Missling.

We agree. Overvalued Anavex is even more speculative and risky for investors prior to phase III - which may or may not happen, anyway.

*No Current Roskamp Connection – Anavex announced a clinical development agreement in January 2014 with Roskamp Institute, a company that proclaimed positive results for a product of Star Scientific, a company TheStreetSweeper wrote about in 2011. The biotech was served with federal criminal subpoenas in 2013 regarding private stock placements, ultimately leading to a 2-year prison sentence last January for former Virginia governor Bob McDonnell.

"Maybe we didn't know about it at the time, I guess," said CEO Missling.

He said nothing moved beyond initial discussion with Roskamp at the time.

"We basically have no connection with them anymore," he added.

*Overseas Trials - Despite this headline, "Anavex receives regulatory approval to initiate phase 2a clinical trial of Anavex 2-73 and Anavex Plus for Alzheimer's disease," the trial has not been conducted in the US. Rather, it received Down Under approval for clinical tests that are being conducted in Australia. Mr. Missling said conducting the study in Australia takes about as long as it would take to prepare a new drug application in the United States. He said if phase III happens, it will take place in the U.S.

*Small Trial - Testing only 32 patients, as opposed to the typical 100 to 300 patients, Anavex's phase IIa test involves an unusually small number of participants even for such early human testing. Mr. Missling said 32 is sufficient and more efficient at this stage.

*Phase II – This phase simply determines whether the drug can have any efficacy whatsoever. At this point, the drug is presumed to have no therapeutic usefulness at all.

*Phase IIa – Anavex says it will present results of this subset of phase II next month. The primary purpose is designed simply to explore safety and how much drug should be given. Mr. Missling said the company intends to release novel results of data in November.

"If it turns out to be objectively interesting or intriguing, it will be what will be. I don't know what the data will be," said Mr. Missling.

If the drug makes it to phase III, it would need FDA approval and big bucks - costs can run around $500 million to $1 billion to go from lab to commercial approval in the US. But Anavex has only ~$13 million in its cash drawer.

No one has found an Alzheimer's cure after many years of research by top pharmaceutical companies. Eli Lilly, plus the team of Pfizer, Elan and Johnson & Johnson are only just now anticipating possibly getting their drugs to market as early as 2016. Even then, analysts predict those two drugs have only a 20-to-50 percent shot at success.

In our view, Anavex is more likely to get hit by lightning – or run out of tolerant investors - than to be the company that eventually puts an effective Alzheimer's drug in the medicine cabinet.

*Conclusion

After more digging into Anavex – previously traded under the stock symbol AVXL, but temporarily trading under AVXLD - we remain convinced the stock is excessively hyped and continues to pose a significant investment risk.

We believe a fair valuation for Anavex stock, taking into consideration the stock split, is about 55 cents to 60 cents per share.

* Important Disclosure: The owners of TheStreetSweeper hold a short position in AVXLD and stand to profit on any future declines in the stock price.

*Editor's Note: As a matter of policy, TheStreetSweeper prohibits members of its editorial team from taking financial positions in the companies that they cover. To contact Sonya Colberg, the author of this story, please send an email to scolberg@thestreetsweeper.org.*

Copyright © 2009-2016 AFB Media LLC