

1101 30th Street NW, Suite 115
Washington D.C. 20007
T: 202-524-4290
F: 202-333-2121
www.zlk.com

Adam Apton
aapton@zlk.com

July 13, 2016

**VIA ECF**

The Honorable Jesse M. Furman
United States District Court
40 Centre Street, Room 2202
New York, New York 10007

    Re: *Cortina v. Anavex Life Sciences Corp., et al.*
      Civil Docket No.: 15-CV-10162-JMF

Dear Judge Furman:

  Our office represents Lead Plaintiff Lam Truong and Plaintiffs Arina Davliatshina and Michael Yu in the above-referenced action. In connection with Defendants' motion to dismiss and Plantiffs' opposition thereto filed earlier this afternoon, we respectfully request oral argument to address any arguments raised by Defendants in reply.

              Respectfully,

              Levi & Korsinsky LLP

         By: s/ Adam Apton
            Adam M. Apton

CC: All Counsel of Record

4843-8285-9316, v. 1