UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN CORTINA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ANAVEX LIFE SCIENCES CORP., CHRISTOPHER U. MISSLING, SANDRA BOENISCH, and ATHANASIOS SKARPELOS,<br><br>Defendants. | ) Case No. 15-cv-10162<br>)<br>) Hon. Jesse M. Furman<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF DAVID H. KISTENBROKER
IN SUPPORT OF DEFENDANTS' MOTION TO TAKE JUDICIAL NOTICE**

DAVID H. KISTENBROKER, under penalty of perjury, declares as follows:

1. I am an attorney licensed to practice law in the State of Illinois; I am admitted *pro hac vice* to the Bar of this Court.

2. I am a partner in the law firm of Dechert LLP, and counsel for Defendants.

3. I submit this declaration in support of the Defendants' Motion for Judicial Notice, and to transmit to the Court true and correct copies of the following documents.

4. The exhibits attached to this Declaration were cited in Defendants' Motion for Judicial Notice.

| Exhibit 1 | Anavex Life Sciences Corp., Quarterly Report (Form 10-Q), filed Aug. 11, 2016 |
|---|---|
| Exhibit 2 | Anavex Life Sciences Corp., Press Release dated August 11, 2016 |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2016        /s/ David H. Kistenbroker
                                                              David H. Kistenbroker

## CERTIFICATE OF SERVICE

I hereby certify that on August 17, 2016 *Defendants' Motion for Judicial Notice* and the *Declaration of David H. Kistenbroker in support of Defendants' Motion to take Judicial Notice* were filed through the ECF system for electronic serve to the registered participants.

/s/ Carl. E. Volz
Carl E. Volz
DECHERT LLP
35 W. Wacker Drive, Suite 3400
Chicago, Illinois 60601
Telephone: 312-646-5800
Facsimile: 312-646-5858
carl.volz@dechert.com

*Counsel for Defendants*