# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

KEVIN CORTINA, et al.,

(List the full name(s) of the plaintiff(s)/petitioner(s).)

15 CV 10162 (JMF)( )

-against-

**NOTICE OF APPEAL**

ANAVEX LIFE SCIENCES CORP., et al.,

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Lead Plaintiff Lam Truong and Plaintiffs Arina Davliatshina and Michael Yu (collectively, "Plaintiffs")
(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☒ judgment  ☒ order  entered on: December 29, 2016
(date that judgment or order was entered on docket)

that: dismissed Plaintiffs' amended complaint for violation of the federal securities laws for failure to state a claim under Fed. R. Civ. P.12(b)(6).
(If the appeal is from an order, provide a brief description above of the decision in the order.)

| January 27, 2017 | s/ Adam M. Apton |
|---|---|
| Dated | Signature* |

Apton, Adam M.
Name (Last, First, MI)

Levi & Korsinsky LLP, 30 Broad Street, 24th Floor, New York, N.Y. 10004
Address    City    State    Zip Code

212-363-7500                aapton@zlk.com
Telephone Number            E-mail Address (if available)

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13